■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VAUGHN GARRICK, Appellant. [782 NYS2d 644]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Lott, J.), rendered January 14, 2003, convicting him of burglary in the first degree, robbery in the first degree, rape in the first degree, sodomy in the first degree, and criminal possession of a weapon in the fourth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Krausman, J.P., Luciano, Mastro and Lifson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NATHAN GLOVER, Appellant. [782 NYS2d 644]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Gary, J.), rendered April 24, 2002, convicting him of criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to establish his guilt is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10 [1995]; *People v Udzinski,* 146 AD2d 245 [1989]), and we decline to reach it in the exercise of our interest of justice jurisdiction. Moreover, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]). Ritter, J.P., S. Miller, Mastro and Fisher, JJ., concur.